```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| IMRE KIFOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 22-11141-PBS |
| | ) |
| THE COMMONWEALTH OF | ) |
| MASSACHUSETTS, et al., | ) |
| | ) |
| Defendants. | ) |

## **FINAL ORDER OF DISMISSAL**

SARIS, D.J.

   In accordance with the Memorandum and Order dated November 22, 2022 (Docket Entry No. 11), dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

SO ORDERED.

Date:  11/22/2022          By the Court,

                           /s/ Maryellen Molloy
                           Deputy Clerk